IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIA SHUMATE, on behalf of herself and all others similarly situated, ) | CASE NO. 1:17-CV-03574-RLY-MPB |
| ) | |
| ) | Judge Richard L. Young |
| Plaintiff, ) | |
| ) | Magistrate Judge Matthew P. Brookman |
| vs. ) | |
| ) | |
| GENESCO, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Parties' Stipulation Regarding Dismissal of Opt-In Plaintiffs Subject to Arbitration Agreements, and after having reviewed the Stipulation the Court hereby orders that the Opt-In Plaintiffs identified in Defendants' Motion to Dismiss Opt-In Plaintiffs with Arbitration Agreements (Docs. 148, 149) who signed arbitration agreements are hereby dismissed without prejudice.

In light of this order, Defendants' Motion [148] to Dismiss Opt-In Plaintiffs with Arbitration Agreements is now deemed **MOOT**.

SO ORDERED this 3rd day of October 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.